**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| **DONALD A. WEGMAN,** | ) |
| | ) Case No.: 1:21-cv-00530-MRB-KLL |
| Plaintiff, | ) |
| | ) Judge Michael R. Barrett |
| v. | ) Magistrate Judge Karen L. Litkovitz |
| | ) |
| **RUMPKE OF OHIO, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the Parties to this action, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of this action in its entirety, with prejudice.

So stipulated,

| | |
|---|---|
| */s/ Chandra Napora* | */s/ Karen T. Dunlevey* |
| Chandra Napora | Karen T. Dunlevey (0067056), Trial Attorney |
| Morgan Verkamp, LLC | David A. Nenni (0080826) |
| 4410 Carver Woods Dr., Ste. 200 | Jackson Lewis P.C. |
| Cincinnati, OH 45242 | 201 E. Fifth Street, 26th Floor |
| T: (513) 618-2025 | Cincinnati, OH  45202 |
| F: (513) 651-4405 | T: (513) 898-0050 |
| chandra.napora@morganverkamp.com | F: (513) 898-0051 |
| | karen.dunlevey@jacksonlewis.com |
| *Counsel for Plaintiff* | David.nenni@jacksonlewis.com |
| | |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2023, a true and accurate copy of the foregoing was electronically filed with the Clerk's Office and served using this Court's Electronic Case Filing (CM/ECF) to counsel of record.

*/s/ Karen T. Dunlevey*
Karen T. Dunlevey

4873-5100-6065, v. 1