# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Donald A. Wegman,
    Plaintiff,

vs.

Rumpke of Ohio, Inc., et al.,
    Defendants.

Case No. 1:21cv530
Barrett, J.
Litkovitz, M.J.

**ORDER RELEASING PRO BONO REPRESENTATION**

On April 8, 2023, pro se plaintiff Donald A. Wegman signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance." The court appointed Attorney Chandra Napora to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation. Attorney Chandra Napora was not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the mediation, her representation of plaintiff Donald A. Wegman would end. The court was advised by the parties that this case has been resolved, and a stipulation of dismissal with prejudice has been entered on the Court's docket.

**NOW, THEREFORE, IT IS ORDERED** that Attorney Chandra Napora be and hereby is **released** from her pro bono representation of pro se plaintiff Donald A. Wegman in this matter.

IT IS SO ORDERED.

Date: **Jul 20, 2023**

Karen L. Litkovitz
United States Magistrate Judge